Howard Davis
MEISTER SEELIG & FEIN LLP
125 Park Ave., 7th Floor
New York, New York 10017
(212) 655-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MUSTAFA FTEJA, Individually and on behalf of all other persons similarly situated,

                Plaintiff,

-against-

NUSRET NEW YORK LLC d/b/a Nusr-et Steakhouse and NUSRET GÖKÇE, a/k/a "The Salt Bae", Jointly and Severally

                Defendants.
-------------------------------------------------------------------X

Case Number: 19-CV-429(LGS)

**NOTICE OF MOTION TO DISMISS THE CLASS AND COLLECTIVE ACTION COMPLAINT AND TO STAY DISCOVERY PENDING A DETERMINATION OF THIS MOTION**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Class and Collective Action Complaint and Stay Discovery, Declaration of Howard Davis and Declaration of Burcu Anilan, defendants, Nusret New York LLC and Nusret Gökçe (collectively "Defendants"), by and through their undersigned counsel will move, at a date, time and location to be determined by the Court, for an order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") and pursuant to §§ 2 and 4 of the Federal Arbitration Act (the "FAA") (1) dismissing plaintiff Mustafa Fteja's causes of action set forth in his Class and Collective Action Complaint in its entirety, and (2) to stay discovery in the within action pending a determination on this motion.

Dated: New York, New York
May 31, 2019

MEISTER SEELIG & FEIN LLP

/s/ Howard Davis
By:     Howard Davis
125 Park Ave., 7th Floor
New York, New York 10017
Phone: 212-655-3500
Facsimile: 212-655-3535

*Attorneys for Defendants*