**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MUSTAFA FTEJA, Individually and on behalf of all other persons similarly situated,

          Plaintiff,          Case No. 19-cv-429

    v.

NUSRET NEW YORK LLC, et al.

          Defendant.

---

**PLEASE TAKE NOTICE** that upon the accompanying Affidavit, William Brown, Esq., respectfully moves to withdraw as attorney of record for Plaintiff pursuant to Local Civil Rule 1.4. This request is being made as the undersigned is no longer associated with Lee Litigation Group, PLLC ("LLG"). No parties will be prejudiced in this matter as LLG will continue their representation as lead counsel of Plaintiff.

Dated: New York, New York
       January 27, 2020                     Respectfully submitted,

                                                  By: */s/ William Brown*
                                                  William Brown, Esq.