# LEE LITIGATION GROUP, PLLC
148 W 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     212-465-1180
                     cklee@leelitigation.com

May 22, 2020

**Via ECF**
The Honorable Katharine H. Parker, U.S.M.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Fteja v. Nusret New York LLC, et al.*
            Case No. 19-cv-429 (KHP)

Dear Judge Parker:

      This firm represents Plaintiff in the above-captioned matter. Pursuant to Section 23 of the Federal Rules of Civil Procedure, please find attached as **Exhibit 1** executed Requests for Exclusion from Class in this action.

Respectfully submitted,

 /s/ C.K. Lee
C.K. Lee, Esq.

cc: all parties via ECF

872507-2