# EXHIBIT 1

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Arber Lukovic ______, reside at ______, and my telephone number is ______. I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

[signature]
Arber Lukovic (Apr 20, 2020)



Arber Lukovic
C/o Law offices of William Cafaro
3271 48th Street, Apt 3R
Astoria, NY 11103

NEW YORK NY 100

MAY 2020 PM 6 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

MAY 4 2020 MAY 4 2020

55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Olena Krilloff ______________________________,

reside at ______________________________,

and my telephone number is ______________. I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

[signature]
Olena Krilloff (Apr 28, 2020)
______________________________

Olena Krilloff
C/o Law offices of William Cafaro
1213 Avenue Z, Apt C21
Brooklyn, NY 11235

NEW YORK NY 100

01 MAY 2020 PM 7 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

4 2020 MAY  2020

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Merve Azat ____________________,

reside at ____________________,

and my telephone number is ____________________. I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

[signature]
Merve Azat (Apr 18, 2020)

Merve Azat
C/o Law offices of William Cafaro
185 Jackson Ave
Rutherford, NJ 07070

NEW YORK NY 100

07 MAY 2020 PM 5 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

MAY 4 2020 MAY 4

55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Rhoniel Romero ____________________,

reside at ____________________,

and my telephone number is ____________. I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

Rhoniel Romero (Apr 22, 2020)

Rhoniel Romero
C/o Law offices of William Cafaro
9039 54th Ave
Elmurst, NY 11373

NEW YORK NY 100
01 MAY 2020 PM 7 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Kevin Xie ,

reside at ,

and my telephone number is . I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

Kevin xie
Kevin xie (Apr 21, 2020)

Kevin Xie
C/o Law offices of William Cafaro
23 Fayette Street, Apt 1
Brooklyn, NY 11206

NEW YORK NY 100
11 MAY 2020 PM 6 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

MAY 4 2020 MAY 4 2020

55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE O[illegible] OPT OUT OF CLASS ACTION SETTLEMENT**

I, Violeta Markovic,

reside at ______________,

and my telephone number is ______________. I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

Violeta Markovic (Apr 24, 2020)

Violeta Markovic
C/o Law offices of William Cafaro
4360 Douglaston Parkway
Little Neck, NY 11363

NEW YORK NY 100

01 MAY 2020 PM 6 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

MAY 4 2020 MAY 4 2020

55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Seamus Cleary,

reside at ______________________________,

and my telephone number is ______________. I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

______________________
Seamus Cleary (Apr 27, 2020)

Seamus Cleary
C/o Law offices of William Cafaro
3285 33 St, Basement
Astoria, NY 11106

NEW YORK NY 100

01 MAY 2020 PM 7 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

2020 MAY 4 2020 MAY 4

55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Arisolet Abalos ,

reside at ,

and my telephone number is . I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

Arisolet Abalos (Apr 24, 2020)

Arisolet Abalos
C/o Law offices of William Cafaro
295 Wadsworth Ave, Apt 2F
New York, NY 10040

NEW YORK NY 100

21 MAY 2020 PM 8 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

55440$0054

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Rami Moussaoui ______________________________,

reside at ______________________________,

and my telephone number is ______________. I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

______________________________
RAMI MOUSSAOUI (Apr 27, 2020)

Rami Moussaui
C/o Law offices of William Cafaro
416 68th Street, Apt 6B
Brooklyn, NY 11220

NEW YORK NY 100
01 MAY 2020 PM 5 1

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

MAY 4 2020 MAY 4 2020

55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Stefan Vougiovits ______,

reside at ______,

and my telephone number is ______. I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

______
Stefan Vougiovits (Apr 17, 2020)

Stefan Vougiovits
C/o Law offices of William Cafaro
64-66 Ellwell Crescent
Rego Park, NY 11374

01 MAY 2020 PM 13 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Yll kumnova ______________________,

reside at ______________________,

and my telephone number is ______________________. I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

Yll kumnova (Apr 22, 2020)



Yll Kumnova
C/o Law offices of William Cafaro
150 Marine Ave, Apt 1H
Brooklyn, NY 11209

NEW YORK NY 100

01 MAY 2020 PM 4 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

MAY 4 2020 MAY 4 2020

55440-005454

OPT OUT STATEMENT

I, Suleyman Kucur opt out of the Nusret Steakhouse wage and hour settlement.

- Suleyman Kucur
-
-

Thank you,
Suleyman Kucur



Suleyman Kucur
LONG ISLAND CITY NY 11101
MAY 2020
USPS
FOREVER USA
Nusret Steakhouse Settelement Administrator
c/o Rust Consulting, Inc. -6911
PO Box 54
Minneapolis, MN 55440-0054
55440-005454

NEZIH KUTLU

E-mail =
TEL =

APRIL 20th, 2020

TO WHOM IT MAY CONCERN

I, NEZIH KUTLU, chooses not to be involved in case number; #19-cv-429 against to my company NUSRET STEAKHOUSE NEW YORK LLC, as a response to the mail I received few weeks ago...

Thank you...

NEZIH KUTLU

NEZIH KUTLU

NEW YORK NY 100

28 APR 2020 PM 6 L

FOREVER / USA

TO: NUSRET STEAKHOUSE SETTLEMENT ADMINISTRATOR
C/O RUST CONSULTING INC - 6911
P.O BOX 54
MINNEAPOLIS MN 55440-0054

4 MAY 2020 4 MAY 2020

5544080054
55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Stephen Swaby ______________________________,

reside at ______________________________,

and my telephone number is __________. I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

______________________
stephen swaby (Apr 22, 2020)



Stephen Swaby
C/o Law offices of William Cafaro
155 W 162nd St
Bronx, NY 10452

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Michelle Abalos ______________________________,

reside at ______________________________,

and my telephone number is ______________. I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

Michelle Abalos (Apr 23, 2020)

Michelle Abalos
C/o Law offices of William Cafaro
176 Nagle Ave
New York, NY 10034

NEW YORK NY 100

01 MAY 2020 PM 7 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

MAY 4 2020 MAY 4 2020

55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Fatima lo ________________________________,

reside at ________________________________,

and my telephone number is ____________. I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

Fatima lo
Fatima (Apr 23, 2020)
________________________________

Fatima Lo
C/o Law offices of William Cafaro
575 Castle Hill Ave
Bronx, NY 10473

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Jada Stoudemire ,

reside at ,

and my telephone number is . I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

jada stoudemire (Apr 25, 2020)



Jada Stoudemire
C/o Law offices of William Cafaro
58 East 129th St, Apt 4B
New York, NY 10035

NEW YORK NY 100
03 MAY 2020 PM 6 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Joshua Maynard ______________________________,

reside at ______________________________,

and my telephone number is ______________. I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

[signature]
Joshua Maynard (Apr 18, 2020)

Joshua Maynard
C/o Law offices of William Cafaro
155 Seigel Street,
Brooklyn, NY 11206

NEW YORK NY 100
21 MAY 2020 PM 5 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Arianna Arango Ruiz ____________________,

reside at ____________________,

and my telephone number is ____________________. I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

____________________
Arianna Arango Ruiz (Apr 23, 2020)

Arianna Arango Ruiz
C/o Law offices of William Cafaro
50 W 34th Street, Apt 16c2
New York, NY 10001

NEW YORK NY 100
01 MAY 2020 PM 7 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

2020 MAY 2020 MAY

55440-005454

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Edgar Primo,

reside at ,

and my telephone number is . I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

Edgar Primo
Edgar Primo (Apr 27, 2020)

Edgar Primo
C/o Law offices of William Cafaro
2028 Second Avenue, Apt 2N
New York, NY 10029

NEW YORK NY 100
07 MAY 2020 PM 6 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
MInneapolis, MN 55440-0054

MAY  2020 MAY  2020

55440-005454

OPT OUT STATEMENT

I, Onur Usluca opt out of the Nusret Steakhouse wage and hour settlement.

- Onur Usluca
-
-

Onur Usluca

[signature]

Onur Uslucan

02 MAY 2020 PM 13

FOREVER USA

Barn Swallow

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc. - 6911
PO Box 54
Minneapolis, MN 55440-0054

11 MAY 2020

55440-005454

Telephone: (866) 475-4711

OPT OUT STATEMENT

I, Yunus Delimehmet opt out of the Nusret Steakhouse wage and hour settlement.

- Yunus Delimehmet
- 
- 

Thank you,

Yunus Delimehmet

Yunus Delimehmet

NEW YORK NY 100

05 MAY 2020 PM 10 L

USA FOREVER

Nusret Steakhouse Settlement Admin
c/o Rust Consulting Inc - 6911
P.O. Box 54
Minneapolis, MN, 55440-0054

MAY 11 2020

55440-005454

OPT OUT STATEMENT ;

I, 'BATUHAN YUNKUS' opt out of the Nusret Steakhouse wage and hour settlement.

- BATUHAN YUNKUS

-

-

Batuhan Yunkus

Batuhan Yurkus

11 2020 MAY

NUSRET STEAKHOUSE SETTLEMENT
ADMINISTRATOR
c/o RUST CONSULTING, INC. - 6911
P.O. BOX 54
MINNEAPOLIS, MN 55440-0054
TEL: (866) 475 47 11

MAY

5544000054 B050

***Via First Class U.S Mail***
Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

Re: Fteja v. Nusret New York, LLC et al
Case No.: 19-cv-0429

**NOTICE OF OPT OUT OF CLASS ACTION SETTLEMENT**

I, Juan Vivar ,

reside at ,

and my telephone number is . I opt out from the Nusr-Et Steakhouse wage and hour settlement. If there are any communications regarding this action, please contact my new attorneys, the Law Offices of William Cafaro, at 212-583-7400 or AKumar@Cafaroesq.com.

Thank you.

Juan Vivar (May 4, 2020)

Juan Vivar
348 East 119th Street, Apt 2B
New York, NY 10035

NEW YORK NY 100
05 MAY 2020 PM 12 L

Nusret Steakhouse Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 54
Minneapolis, MN 55440-0054

MAY 11 2020 MAY 11 2020

55440-005454